AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| | ) 6:15-mj-1010 |
| ELVA CHILDRESS | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 3, 2014 to on or about December 9, 2014 in the county of Volusia and Orange in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey S. Seeger, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/12/2015

_____
Judge's signature

City and state: Orlando, Florida    David A. Baker, United States Magistrate Judge
Printed name and title

**STATE OF FLORIDA**                                 **CASE NUMBER: 6:15-mj-1010**

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Jeffrey S. Seeger, being duly sworn, do hereby depose and state as follows:

### AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since June 2005. Prior to that, I served for three years as a Federal Air Marshal with the Federal Air Marshal Service. Prior to that, for eight years, I served as a Lieutenant and Officer with the Federal Bureau of Prisons. As a USSS Special Agent, I am responsible for investigations of violations of United States law, including violations of Title 18, United States Code, Sections 1028A (Aggravated Identity Theft), 1344 (Bank Fraud), and 513 (Counterfeit Securities of States and Private Entities). During the course of my career in law enforcement, I have received extensive training and experience in the investigation of the manufacturing and detection of counterfeit checks, and counterfeit identification documents.

### PURPOSE OF AFFIDAVIT

2. I submit this affidavit based on personal knowledge from my participation in this investigation, information from other criminal investigators and law enforcement officers, a review of reports and documents provided to me by these investigators and officers, and statements made by subjects in this investigation. This affidavit is being submitted in support of the issuance of a criminal complaint and arrest warrant for **Elva Childress ("CHILDRESS")** for the offense of Bank Fraud in violation of Title 18, United States Code, Section 1344.

3. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Such statements are stated in substance, unless otherwise indicated. Wherever in this affidavit I state a belief, such a belief is based upon my training and experience and the information obtained through this investigation.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant against the above-named individual, it does not set forth all of my knowledge about this matter. Rather, I have only set forth those facts necessary to establish probable cause that the above-listed federal crimes have been committed.

## FACTUAL BASIS

5. On December 3, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust Bank located at 299 Bill France Blvd, Daytona, Florida, and presented a counterfeit check #2396, drawn on non-existent Bank of America account #5480703876, in the amount of $750.00, for deposit into a SunTrust business bank account controlled by VICTIM 1. Bank of America account #5480703876 was later verified by a Bank of America investigator to be non-existent. Check #2396 was deposited into the SunTrust business bank account controlled by VICTIM 1, but was not cashed. A receipt was provided to **CHILDRESS**.

6. On December 3, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust bank located at 299 Bill France Blvd,

Daytona, Florida, and presented a counterfeit Florida driver's license bearing the name of VICTIM 1 and a photograph of **CHILDRESS**. **CHILDRESS**, posing as VICTIM 1, made a withdrawal of $5,000.00 from the SunTrust business bank account controlled by VICTIM 1. The Florida driver's license presented was verified by law enforcement as valid in the name of VICTIM 1, whose photograph is different from the photograph that appears on the license presented, which depicts **CHILDRESS**. VICTIM 1 later signed a sworn affidavit indicating that she did not conduct this transaction, nor did she authorize anyone to conduct the transaction on her behalf.

7.  On December 3, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust bank located at 7677 Dr. Phillips Blvd, Orlando, Florida and presented a counterfeit check #2393, drawn on non-existent Bank of America account #5480703876, in the amount of $410.00, made payable to VICTIM 2 for deposit into VICTIM 2's SunTrust bank account. No funds were withdrawn at this time. Bank of America account #5480703876 was later verified by a Bank of America investigator to be non-existent. VICTIM 2 later signed a sworn affidavit indicating that he did not conduct the transaction, nor did he authorize anyone else to conduct any transactions on his behalf.

8.  On December 4, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust Bank located at 2300 East Colonial Drive, Orlando, Florida, and presented a counterfeit check, drawn on non-existent Bank of America account #5480703886 in the amount of $2,189.91, made payable to VICTIM 2. Bank of America account #5480703886 was later verified by a Bank of America investigator to be non-existent. **CHILDRESS**, posing as VICTIM 2, presented a

counterfeit Maryland driver's license which bore the name of VICTIM 2 and the photograph of **CHILDRESS**. The license number was written on the check by the bank teller and the check was cashed successfully. The Maryland driver's license number was later verified by law enforcement as valid in the state of Maryland, and is assigned to VICTIM 2. VICTIM 2 later signed a sworn affidavit indicating that he did not conduct the transaction, nor did he authorize anyone else to conduct any transactions on his behalf.

9. On December 4, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust bank located at 253 N. Orlando Ave, Maitland, Florida, and presented a counterfeit check #2404, drawn on non-existent Bank of America account #5480703926 in the amount of $1,000.00 and deposited it into the SunTrust business bank account controlled by VICTIM 1. Bank of America account #5480703926 was later verified by a Bank of America investigator to be non-existent. The check was signed on the back with a signature appearing to be different from the signature of VICTIM 1, which was provided by VICTIM 1, the actual account holder, on his SunTrust signature card. No funds were released during this transaction.

10. On December 5, 2104, **CHILDRESS**, who was later identified through BJ's Wholesale Club's surveillance video, entered BJ's Wholesale Club at 4697 Millennia Plaza Way, Orlando, Florida and presented a counterfeit Maryland driver's license to open a BJ's Wholesale Club membership account. This driver's license number presented was verified by law enforcement as valid in the state of Maryland, and is assigned to VICTIM 2. The license number was annotated on the BJ's membership account. **CHILDRESS** also presented an unauthorized check #5044, in the amount of

4

$374.92, to BJ's Wholesale Club for a purchase.  A SunTrust investigator later verified that check #5044 belongs to an actual SunTrust account belonging to VICTIM 2.  The signature provided on the signature line for the unauthorized check was printed instead of signed, and looks vastly different from VICTIM 2's signature which was provided by VICTIM 2, the actual account holder, on his SunTrust signature card.  Check #5044 was negotiated successfully.  VICTIM 2 later signed a sworn affidavit which indicates he did not conduct the transaction, nor did he authorize anyone else to conduct any transactions on his behalf.

      11.    On December 5, 2014, **CHILDRESS**, who was later identified through a surveillance photograph, entered the SunTrust Bank located at 8851 Conway Windermere Road, Orlando, Florida, and presented counterfeit check #3048, drawn on non-existent Bank of America account #108860609, payable to VICTIM 2 in the amount of $2331.86.  Bank of America account #108860609 was later verified by a Bank of America investigator to be non-existent.  **CHILDRESS**, posing as VICTIM 2 also presented a counterfeit Maryland driver's license bearing the name of VICTIM 2 and the photograph of **CHILDRESS**.  This driver's license number presented was verified by law enforcement as valid in the state of Maryland, and is assigned to VICTIM 2.  The license number was written on the check by the bank teller and the check was cashed successfully.  VICTIM 2 later signed a sworn affidavit which indicates he did not conduct the transaction, nor did he authorize anyone else to conduct any transactions on his behalf.

      12.    On December 6, 2014, **CHILDRESS**, who was later identified by a surveillance photograph, entered the SunTrust Bank located at 600 U.S. Highway 27,

5

Clermont, Florida, and presented counterfeit check #3053, drawn on non-existent Bank of America account #108835609, made payable to VICTIM 2 in the amount of $2360.96. Bank of America account #108835609 was later verified by a Bank of America investigator to be non-existent. **CHILDRESS**, posing as VICTIM 2, also presented a counterfeit Maryland driver's license bearing the name of VICTIM 2 and the photograph of **CHILDRESS**. The driver's license number presented was verified by law enforcement as valid in the state of Maryland, and is assigned to VICTIM 2. The driver's license number was written on the check by the bank teller and the check was cashed successfully. VICTIM 2 later signed a sworn affidavit indicating that he did not conduct the transaction, nor did he authorize anyone else to conduct any transactions on his behalf.

13.     On December 9, 2014, **CHILDRESS** entered the SunTrust bank located at 13950 John Young Parkway, Orlando, Florida, and presented check #2106, drawn on non-existent Bank of America account #2390853357, made payable to VICTIM 3 in the amount of $386.00. Bank of America account #2390853357 was later verified by a Bank of America investigator to be non-existent. **CHILDRESS** also presented a counterfeit Florida driver's license bearing the name of VICTIM 3 and the photograph of **CHILDRESS**. Without completing the transaction, **CHILDRESS** exited the bank and left behind the unauthorized check and counterfeit driver's license, which was confiscated by bank employees. The Florida driver's license number presented was later verified by law enforcement as valid in the state of Florida, and assigned to VICTIM 3. **CHILDRESS** was identified through a fraud bulletin which alerted bank tellers of her recent fraudulent activity and through the photograph which was on the counterfeit

driver's license presented during the transaction.

14. On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge **CHILDRESS** with violation of Title 18, United States Code, Section 1344, Bank Fraud. This concludes my affidavit.

_____
Special Agent Jeffrey S. Seeger
United States Secret Service

Subscribed and sworn to before
me this 12th day of January, 2015

_____
Honorable David A. Baker
United States Magistrate Judge